## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ARNOLD A. COVINGTON,

    Petitioner,

-vs-                                        Case No.   8:21-cv-289-WFJ-TGW

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

### ORDER

Before the Court are Mr. Covington's motions for copies (Docs. 57, 58). The motions are **GRANTED** to the extent that the Clerk must inform Mr. Covington how much it costs to obtain copies of the documents he has requested and provide the copies to him after he pays for the copies. And the Clerk must inform Mr. Covington which requested documents, if any, are not part of the record in this case.[1]

ORDERED in Tampa, Florida, on January 8, 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
              Arnold A. Covington, *pro se*

---

[1] The Court notes, for example, that in his motion at Doc. 58, Mr. Covington requests a copy of Respondent's response to his motion at Doc. 24. But the Clerk cannot provide a copy of the response because Respondent never filed one (See Doc. 29).